Andre WHITE, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 64961.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 18, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 21, 1994.

Application to Transfer Denied
Jan. 24, 1995.

Dave Hemingway, Asst. Public Defender,
St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Becky Owenson Kilpatrick, Asst. Atty. Gen.,
Jefferson City, for respondent.

Before GRIMM, C.J., REINHARD, P.J.,
and CRAHAN, J.

*ORDER*

PER CURIAM.

Movant appeals the denial of his Rule
24.035 motion for post-conviction relief. We
affirm. The findings and conclusions of the
motion court are not clearly erroneous, and
an extended opinion would have no prece-
dential value. The parties have been fur-
nished with a memorandum for their infor-
mation only, setting forth the reasons for this
order affirming the judgment pursuant to
Rule 84.16(b).